UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CISCO TECHNOLOGY, INC., a
California corporation,

    Plaintiff,

vs.                               CASE NO. 99-1889-CIV-T-26C

COMMUNICATION INSTALLATION
AND SERVICE COMPANY, INC., a
Florida corporation, and JOHN J.
BOROTA, an individual,

    Defendants.
_____/

## ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

### ANSWER TO COMPLAINT

Defendants, COMMUNICATION INSTALLATION AND SERVICE COMPANY, INC., a Florida corporation, and JOHN J. BOROTA, an individual, by and through their undersigned attorney, files this Answer to the Complaint and states:

1. Without knowledge.

2. Admitted.

3. Admitted that Defendant Borota is the President of Defendant Communication and that Defendant Borota resides at the address alleged, but all other allegations are denied.

4. Admitted for jurisdictional purposes.

5. Admitted.

6. Without knowledge.

7. Admitted.

8. Without knowledge.

9. Without knowledge.

10. Without knowledge.

11. Without knowledge.

12. Denied.

13. Denied.

14. Without knowledge.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Admitted.

20. Admitted.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Admitted, denied and without knowledge as stated.

26. Denied.

27. Admitted, denied and without knowledge as stated.

28. Denied.

29. Admitted, denied and without knowledge as stated.

30. Denied.

31. Admitted, denied and without knowledge as stated.

32. Denied.

33. Admitted, denied and without knowledge as stated.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Admitted, denied and without knowledge as stated.

39. Admitted.

40. **Denied.**

41. Denied.

42. Denied.

43. Admitted, denied and without knowledge as stated.

44. Denied.

WHEREFORE, Defendants pray this court dismiss the Complaint and enter an order awarding costs to Defendants for defending this action and such other relief as the court deems proper.

### AFFIRMATIVE DEFENSES

1. The use of "Communication Installation and Service Company, Inc. (CISCO)", is not misleading because the use of a complete corporate name together with the acronym "CISCO" adequately discloses the identity of Defendant and reasonably differentiates Defendant, COMMUNICATION INSTALLATION AND SERVICE COMPANY, INC., from Plaintiff's mark.

2. Defendant, COMMUNICATION INSTALLATION AND SERVICE COMPANY, INC., is primarily working in the telephone cabling business installing data and voice

communication systems for telephone company customers, which business is not the same as the computer networks and routers hardware and software business of Plaintiff.

3. Defendant, COMMUNICATION INSTALLATION AND SERVICE COMPANY, INC., has made extensive efforts to avoid any reasonable confusion between itself and Plaintiff and, accordingly, any confusion is minor, incidental, and harmless, and these efforts have been re-doubled since counsel for Cisco Systems, Inc., indicated a concern over potential for confusion by consumers.

---

G. BARRY WILKINSON of
Lefter, Cushman & Wilkinson, P.A.
696 First Avenue North, Suite 201
St. Petersburg, FL 33701
(727) 823-1514; (727) 823-0328 (Telefax)
Attorneys for Defendants
Florida Bar No. 0749230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Answer to Complaint and Affirmative Defenses has been served on the following this _14_ day of September, 1999, by United States mail:

| | |
|---|---|
| C. Douglas McDonald Jr., Esq. | Janet L. Cullum, Esq. |
| Carlton, Fields, Ward, Emmanuel, | Todd S. Bontemps, Esq. |
|   Smith & Cutler, P.A. | Cooley Godward LLP |
| P.O. Box 3239 | 3000 El Camino Real |
| Tampa, FL 33702 | Palo Alto, CA 94306-2155 |

---
G. BARRY WILKINSON